FILED
4/10/2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: CO
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**ARMANDO ADAN SOTELO,**<br>**Defendant.** | **Case No: 4:25-CR-00069**<br><br>**INDICTMENT**<br><br>**Count 1: 18 U.S.C. §§ 2251(a), (c) & (e), Sexual Exploitation of Children**<br><br>**Count 2: 18 U.S.C. §§ 2252A(a)(2), Distribution of Child Pornography**<br><br>***Notice of Government's Demand for Forfeiture*** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

From on or about January 12, 2024, to on or about November 12, 2024 in the Western District of Texas and outside of the United States, the Defendant,

**ARMANDO ADAN SOTELO,**

did knowingly use, and did knowingly attempt to use, a minor, Jane Doe #1, to engage in sexually explicit conduct for the purposes of producing a visual depiction of such conduct and the visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a),(c) & (e).

**COUNT TWO**

On or about October 7, 2024, in the Western District of Texas, the Defendant,

**ARMANDO ADAN SOTELO,**

did knowingly distribute or attempt to distribute child pornography as defined in Title 18, United States Code, Section 2256(8)(A) using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2).

**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**
**[*See* Fed. R. Crim. P. 32.2]**

**I.**
**Sexual Exploitation of Children and Distribution of Child Pornography Violation and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 2251(a),(c) & (e) and 2252A(a)(2), subject to criminal forfeiture pursuant to Title 18 U.S.C. §§ 2253(a)(2) and (3)]**

As a result of the criminal violations set forth above, the United States of America gives notice of its intent to seek the forfeiture of certain property from Defendant **ARMANDO ADAN SOTELO** including but not limited to computer(s), electronic equipment, accessories, and devices, upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. §§ 2253(a)(2) and (3), which state:

**Title 18 U.S.C. § 2253. Criminal forfeiture**

> **(a) Property subject to criminal forfeiture.** -A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-
> 
> * * *
> 
> **(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
> 
> **(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

A TRUE BILL

[redacted]

FOREPERSON OF THE GRAND
JURY

**BY: MARGARET F. LEACHMAN**
**ACTING UNITED STATES ATTORNEY**

KEVIN R. CAYTON
ASSISTANT UNITED STATES ATTORNEY